UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 JUN 17 PM 1:56
CLERK_____
SO DIST OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-CR-52 |
| STEVEN MICHAEL FREEMAN, | ) |
| Defendant. | ) |

## JOINT STIPULATED FINAL ORDER FOR VOLUNTARY PREJUDGMENT PAYMENT

The parties, the United States of America, and the Defendant Steven Michael Freeman (hereinafter, the "Defendant"), agree and stipulate as follows:

1. On June 17, 2019, having been advised of the right to be charged by Indictment, agreed to waive that right and enter a plea of guilty to Count One of the Information, which charges a violation of 18 U.S.C. § 1349.

2. Pursuant to the plea agreement the parties acknowledged that Community Restitution shall be ordered by the Court, and said restitution shall total the amount equal to the total amount of funds illegally acquired pursuant to the criminal conduct, which is $157,493.70

3. In an effort to demonstrate his acceptance of responsibility and his good faith desire to fulfill his financial obligations arising from his criminal conduct, the Defendant agreed to voluntarily remit a prejudgment payment of $157,493.70 to the Clerk of Court.

1

4. The Parties hereby agree that upon entry of judgment in the above-styled criminal case, all prejudgment payments received from and on behalf of the Defendant shall immediately be applied towards the balance of the Defendant's order of restitution.

5. The parties to this order hereby agree to be bound by the terms of this Jointly Stipulated Final Order for Voluntary Prejudgment Payment.

IT IS SO ORDERD

Dated, entered, and made effective this 17th day of June, 2019.

_____
CHIEF, JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

For Plaintiff:

Dated: 6/17/2019

_____
Xavier A. Cunningham
Assistant United States Attorney
New York State Bar Number: 5269477
Post Office Box 8970
Savannah, Georgia 31412
Telephone: (912) 652-4422
Xavier.Cunningham@usdoj.gov

For Defendant:

Dated: 6/17/2019

_____
Steven Michael Freeman
Defendant

Dated: 6/17/19

_____
David Stewart
Attorney for the Defendant